IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORDA RUMBAUA, | ) Case No. 11-1998 SC |
| Plaintiff, | ) ORDER DISMISSING CASE |
| v. | ) |
| WELLS FARGO BANK, N.A.; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC; and DOES 1-10, inclusive; | ) |
| Defendants. | ) |

   Plaintiff Lorda Rumbaua ("Plaintiff") brings this action against Defendants Wells Fargo Bank, N.A., Executive Trustee Services, LLC, and Does 1-10.  On August 25, 2011, the Court issued an Order dismissing with prejudice five of Plaintiff's nine claims and dismissing the remaining claims with leave to amend. ECF No. 30 ("Order") at 16.  The Court stated that if Plaintiff failed to file an amended complaint within thirty days, this action would be dismissed with prejudice.  Id.  Over thirty days have elapsed and Plaintiff has failed to file an amended complaint or any other document showing why this case should not be dismissed.  Accordingly, the Court DISMISSES this action WITH PREJUDICE.  The Court DIRECTS the clerk to enter judgment in favor of Defendants Wells Fargo Bank, N.A., Executive Trustee Services,

LLC, and Does 1-10 and against Plaintiff Lorda Rumbaua and to close this action.

    IT IS SO ORDERED.

Dated: December 8, 2011 

                              UNITED STATES DISTRICT JUDGE